Decided December 20, 1988

ROWAN CONSTRUCTION CORPORATION *v.* ZEF HASSANE

The defendant's petition and the plaintiff's cross petition for certification for appeal from the Appellate Court, 17 Conn. App. 71, are granted, limited to the following issues:

"1. Was the Appellate Court correct in concluding that the plaintiff's objection to the report of the trial referee was untimely?

"2. If the objection was untimely, was the Appellate Court correct in concluding that plenary review of the plaintiff's objection was nonetheless warranted?"

*Lawrence D. Church,* in support of the petition.

*Mark F. Katz,* in opposition.

Decided December 20, 1988